UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED

FILED

JUL - 9 2014

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14CR00217 CEJ/NCC |
| SASHANE L. CHIN, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury Charges that:

Between on or about March 1, 2014, and on or about May 1, 2014, within the Eastern District of Missouri and elsewhere, the defendant,

**SASHANE L. CHIN,**

did knowingly persuade, induce, entice and coerce "J" to travel in interstate or foreign commerce, to engage in any sexual activity for which a person can be charged with a criminal offense, to wit: defendant, who was in a position of trust, authority, and supervision in relation to "J," a seventeen (17) year-old female, transported "J" from the Eastern District of Missouri to the State of Illinois, and while doing so engaged in an act of sexual penetration with "J" in the State of Illinois, in violation of 720 ILCS 5/11-1.20(a)(4) (Criminal Sexual Assault);

1

In violation of Title 18, United States Code, Section 2422(a) and punishable under Title 18, United States Code, Section 2422(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney